

**FILED**
10/9/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**

**Tamara Wallace**, Plaintiff,

v.

**T-Mobile USA, Inc.; Credence Resource Management, LLC; Southwest Credit Systems, LP; Equifax Inc.; Experian Information Solutions, Inc.; TransUnion LLC**, Defendants.

**Case No.: 25-cv-12325**
**Judge:** Honorable Mary M. Rowland
**Magistrate Judge:** Honorable Heather K. McShain

**EMERGENCY MOTION TO STRIKE INCORRECTLY FILED DOCUMENT**

Plaintiff, Tamara Wallace, respectfully moves this Court to strike and permanently remove an incorrectly submitted version of the Verified Complaint from the record. In support of this motion, Plaintiff states as follows:

1. On October 8, 2025, at approximately 11:00 AM, Plaintiff submitted an incorrect version of the Verified Complaint via Box PDF. This version was titled "IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT EASTERN DIVISION."

2. This version inadvertently included language implying that Defendants were involved in Plaintiff's prior bankruptcy proceedings. That implication is factually inaccurate, legally unsupported, and was never intended to form part of the operative pleading. The intended reference was solely to Plaintiff's pre-existing bankruptcy status, not to any alleged conduct by Defendants.

3. Plaintiff received confirmation of processing for the incorrect version via email at 3:51 PM on October 8, 2025.

4. Upon recognizing the error, Plaintiff immediately submitted a corrected version of the Verified Complaint at approximately 2:30 PM on October 8, 2025, titled "Revised – IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT EASTERN DIVISION." Confirmation of processing for the corrected version was received via email at 9:29 AM on October 9, 2025.

5. Plaintiff respectfully notes that the summonses have not yet been processed or served, and Defendants have not received notice of this action. This motion is submitted proactively to prevent dissemination of the incorrect version and to preserve the integrity of the record before service occurs.

WHEREFORE, Plaintiff respectfully requests that the Court enter an order striking the incorrectly submitted Verified Complaint dated October 8, 2025 and confirming the corrected version as the operative pleading.

Respectfully submitted,
**/s/ Tamara Wallace**
Tamara Wallace
2863 W 95th St, Ste 1231218
Naperville, IL 60564
tmobilecasedocs@gmail.com
630.934.6333

**Date:** October 9, 2025